# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hurwitz, Andrew | 2. Court or Organization<br><br>U.S. Court of Appeals, Ninth Circuit | 3. Date of Report<br><br>08/06/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Court of Appeals Judge, Ninth Circuit | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

401 W. Washington Street
Phoenix, AZ 85003

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Avondale Acres Investment Partnership |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | Arizona Elected Officials Retirement System; no control |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | National Conference of Bar Examiners (stipend) | $7,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Fordham Law School | March 31-April 4, 2017 | New York, NY | Moot Court | Transportation, lodging, and meals |
| 2. | National Conference of Bar Examiners | April 6-9, 2017 | Nashville, TN | Committee Meeting | Transportation, lodging, and meals |
| 3. | National Conference of Bar Examiners | September 7-10, 2017 | Portland, ME | Committee Meeting | Transportation, lodging, and meals |
| 4. | American Bar Association | September 14-15, 2017 | Chicago, IL | Committee Meeting | Transportation, lodging, and meals |
| 5. | Berkeley Law School | September 24-26, 2017 | Berkeley, CA | Judge in Residence | Transportation, lodging, and meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Morgan Stanley | Portfolio Loan | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US BANK (CASH) | A | Interest | L | T | | | | | |
| 2. AVONDALE ACRES INVESTMENT PARTNERSHIP (REAL ESTATE, AVONDALE, AZ) | A | Distribution | K | W | | | | | |
| 3. TRUST #1 (H) | | | | | | | | | |
| 4. MORGAN STANLEY BANK N.A. | A | Interest | K | T | | | | | |
| 5. ACTIVE BEAR (HDGE) | | None | | | Sold (part) | 03/29/17 | J | | |
| 6. | | | | | Sold | 05/09/17 | J | | |
| 7. ISHARES MSCI JAPAN MIN VOL (JPMV) | A | Dividend | J | T | Sold (part) | 10/11/17 | J | B | |
| 8. ISHARES MSCI USA MIN VOL ETF (USMV) | A | Dividend | K | T | Sold (part) | 10/11/17 | J | | |
| 9. ISHARES MORTGAGE REAL ESTATE (REM) | B | Dividend | J | T | Sold (part) | 10/11/17 | J | A | |
| 10. VANGUARD GROWTH ETF (VUG) | A | Dividend | K | T | Sold (part) | 10/11/17 | J | A | |
| 11. VANGUARD SMALL CAP VALUE ETF (VBR) | A | Dividend | J | T | Buy | 03/29/17 | J | | |
| 12. | | | | | Buy (add'l) | 10/11/17 | J | | |
| 13. WISDOMTREE EUROPE HEDGED EQUITY (HEDJ) | A | Dividend | K | T | Buy (add'l) | 10/11/17 | J | | |
| 14. WISDOMTREE TRUST JAPN HEDGE EQ (HEDJ) | A | Dividend | J | T | Buy | 10/11/17 | J | | |
| 15. AIG FOCUSED DIV STRAT A (FDSAX) (FORMERLY SUNAMERICA NEW FOC DIV STRA) | C | Dividend | K | T | Buy (add'l) | 03/29/17 | J | | |
| 16. | | | | | Sold (part) | 10/11/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. BARON REAL ESTATE INST (BREIX) | | None | K | T | | | | | |
| 18. COHEN & STEERS PREF SEC&INC I (CPXIX) | B | Dividend | J | T | Sold (part) | 03/29/17 | J | A | |
| 19. COLUMBIA SELECT LG CP GROWTH Z (UMLGX) | B | Dividend | K | T | Sold (part) | 10/11/17 | J | | |
| 20. DOUBLELINE SHILLER ENH CAPE (DSEEX) | C | Dividend | K | T | | | | | |
| 21. DOUBLELINE TOTAL RETURN I (DBLTX) | C | Dividend | L | T | Sold (part) | 10/11/17 | J | | |
| 22. FIRST EAGLE GOLD (FEGIX) | | None | K | T | Buy (add'l) | 03/29/17 | J | | |
| 23. INVESCO DEVELOPING MKTS Y (GTDYX) | A | Dividend | K | T | Buy | 10/11/17 | K | | |
| 24. HENDERSON EUROPEAN FOCUS (HFEIX) | B | Dividend | K | T | Buy (add'l) | 10/11/17 | J | | |
| 25. MATTHEWS ASIAN JAPAN INV (MJFOX) | B | Dividend | K | T | | | | | |
| 26. METROPOLITAN WEST TOT RET BD I (MWTIX) | A | Dividend | K | T | Sold (part) | 03/29/17 | K | | |
| 27. | | | | | Sold (part) | 10/11/17 | J | | |
| 28. NORTHERN AZ TAX EXEMPT FUND (NOAZX) | A | Dividend | K | T | | | | | |
| 29. PIMCO INCOME P (PONPX) | B | Dividend | K | T | | | | | |
| 30. PRUDENTIAL TOT RET BD Z (PDBZX) | A | Dividend | K | T | Buy | 03/29/17 | K | | |
| 31. | | | | | Buy (add'l) | 10/11/17 | J | | |
| 32. T ROWE PRICE MID CAP GR (RPMGX) | B | Dividend | K | T | Buy | 03/29/17 | J | | |
| 33. | | | | | Buy (add'l) | 10/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. WELLS FARGO MUNI (WMBIX) | B | Dividend | K | T | Sold (part) | 10/11/17 | J | | |
| 35. TRUST #2 (H) | | | | | | | | | |
| 36. MORGAN STANLEY BANK N.A. | A | Interest | J | T | | | | | |
| 37. ACTIVE BEAR ETF (HDGE) | | None | J | T | Sold (part) | 10/11/17 | J | | |
| 38. ISHARES MSCI JAPAN MIN VOL (JPMV) | A | Dividend | J | T | Sold (part) | 10/11/17 | J | A | |
| 39. ISHARES MSCI USA MIN VOL ETF (USMV) | A | Dividend | J | T | Sold (part) | 10/11/17 | J | B | |
| 40. ISHARES MORTGAGE REAL ESTATE (REM) | A | Dividend | J | T | Sold (part) | 10/11/17 | J | A | |
| 41. VANGUARD GROWTH ETF (VUG) | A | Dividend | K | T | Sold (part) | 10/11/17 | J | A | |
| 42. VANGUARD SM CAP VAL ETF (VBR) | A | Dividend | J | T | Buy | 03/29/17 | J | | |
| 43. WISDOMTREE EUROPE HEDGED EUQITY (HEDJ) | A | Dividend | K | T | Buy (add'l) | 10/11/17 | J | | |
| 44. WISDOMTREE TRUST JAPN HEDGE EQ (DXJ) | A | Dividend | J | T | Buy | 10/11/17 | J | | |
| 45. AIG FOCUSED DIV STRAT A (FDSAX) (FORMERLY SUNAMERICA NEW FOC DIV STRA) | C | Dividend | K | T | Sold (part) | 03/29/17 | J | | |
| 46. | | | | | Sold (part) | 10/11/17 | J | A | |
| 47. BARON REAL ESTATE INST (BREIX) | A | Dividend | J | T | | | | | |
| 48. COHEN & STEERS PREF SEC&INC I (CPXIX) | A | Dividend | J | T | Sold (part) | 03/29/17 | J | A | |
| 49. COLUMBIA SELECT LG CP GROWTH Z (UMLGX) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. DOUBLELINE SHILLER ENH CAPE (DSEEX) | B | Dividend | K | T | Sold (part) | 10/11/17 | J | A | |
| 51. DOUBLELINE TOTAL RETURN I (DBLTX) | B | Dividend | K | T | | | | | |
| 52. FIRST EAGLE GOLD (FEGIX) | | None | J | T | | | | | |
| 53. INVESCO DEVELPING MKTS Y (GTDYX) | A | Dividend | J | T | Buy | 10/11/17 | J | | |
| 54. HENDERSON EUROPEAN FOCUS (HFEIX) | A | Dividend | K | T | Buy (add'l) | 10/11/17 | J | | |
| 55. MATTHEWS ASIAN JAPAN (MJFOX) | A | Dividend | K | T | | | | | |
| 56. METROPOLITAN WEST TOT RET BD I (MWTIX) | A | Dividend | J | T | Sold (part) | 03/29/17 | K | | |
| 57. NORTHERN AZ TAX EXEMPT FUND (NOAZX) | A | Dividend | J | T | Sold (part) | 10/11/17 | J | | |
| 58. PIMCO INCOME P (PONPX) | B | Dividend | K | T | | | | | |
| 59. PRUDENTIAL TOT RET BD Z (PDBZX) | A | Dividend | K | W | Buy | 03/29/17 | K | | |
| 60. T ROWE PRICE MID CAP GR ADV (RPMGX) | B | Dividend | J | T | Buy (add'l) | 10/11/17 | J | | |
| 61. WELLS FARGO MUNI BOND INST (WMBIX) | A | Dividend | K | T | Sold (part) | 10/11/17 | J | | |
| 62. TRUST #3 (H) | | | | | | | | | |
| 63. MORGAN STANLEY BANK N.A. | A | Interest | J | T | | | | | |
| 64. ACTIVE BEAR ETF (HDGE) | | None | J | T | Sold (part) | 03/29/17 | J | | |
| 65. | | | | | Sold (part) | 10/11/17 | J | | |
| 66. ISHARES MSCI JAPAN MIN VOL (JPMV) | A | Dividend | | | Sold | 10/11/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. ISHARES MSCI USA MIN VOL ETF (USMV) | A | Dividend | K | T | Sold (part) | 10/11/17 | K | C | |
| 68. ISHARES MORTGAGE REAL ESTATE (REM) | B | Dividend | J | T | Sold (part) | 10/11/17 | J | A | |
| 69. VANGUARD GROWTH ETF (VUG) | A | Dividend | K | T | Sold (part) | 10/11/17 | J | B | |
| 70. VANGUARD SM CAP VAL ETF (VBR) | A | Dividend | J | T | Buy | 03/29/17 | J | | |
| 71. WISDOMTREE EUROPE HEDGED EQUITY (HEDJ) | A | Dividend | K | T | Buy (add'l) | 10/11/17 | J | | |
| 72. WISDOMTREE TRUST JAPN HEDGE EQ (DXJ) | A | Dividend | J | T | Buy | 10/11/17 | J | | |
| 73. AIG FOCUSED DIV STRAT A (FDSAX) (FORMERLY SUNAMERICA NEW FOC DIV STRA) | C | Dividend | K | T | Sold (part) | 03/29/17 | J | A | |
| 74. BARON REAL ESTATE INST (BREIX) | A | Dividend | K | T | | | | | |
| 75. COHEN & STEERS PREF SEC&INC 1 (CPXIX) | B | Dividend | J | T | Sold (part) | 03/29/17 | J | A | |
| 76. COLUMBIA SELECT LG CP GROWTH Z (UMLGX) | B | Dividend | K | T | Buy (add'l) | 10/11/17 | J | | |
| 77. DOUBLELINE SHILLER ENH CAPE (DSEEX) | C | Dividend | K | T | Buy (add'l) | 10/11/17 | J | | |
| 78. DOUBLELINE TOTAL RETURN (DBLTX) | B | Dividend | L | T | | | | | |
| 79. FIRST EAGLE GOLD (FEGIX) | | None | K | T | Buy (add'l) | 03/29/17 | J | | |
| 80. HENDERSON EUROPEAN FOCUS (HFEIX) | B | Dividend | K | T | Buy (add'l) | 10/11/17 | J | | |
| 81. INVESCO DEVEL MKTS Y (GTDYX) | A | Dividend | K | T | Buy | 10/11/17 | K | | |
| 82. MATTHEWS ASIAN JAPAN (MJFOX) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83. METROPOLITAN WEST TOT RET BD I (MWTIX) | A | Dividend | K | T | Sold (part) | 03/29/17 | K | | |
| 84. NORTHERN AZ TAX EXEMPT FUND (NOAZX) | A | Dividend | K | T | Buy (add'l) | 03/30/17 | J | | |
| 85. | | | | | Sold (part) | 10/11/17 | J | | |
| 86. PIMCO INCOME (PONPX) | B | Dividend | K | T | Sold (part) | 03/29/17 | J | | |
| 87. PRUDENTIAL TOT RET BD Z (PDBZX) | A | Dividend | K | T | Buy | 03/29/17 | K | | |
| 88. T ROWE PRICE MID CAP GR ADV (RPMGX) | B | Dividend | K | T | Buy (add'l) | 10/11/17 | J | | |
| 89. WELLS FARGO MUNI BOND (WMBIX) | B | Dividend | K | T | Buy (add'l) | 03/29/17 | J | | |
| 90. | | | | | Sold (part) | 10/11/17 | J | | |
| 91. IRA #1 (H) | | | | | | | | | |
| 92. MORGAN STANLEY BANK N.A. | A | Interest | J | T | | | | | |
| 93. ACTIVE BEAR ETF (HDGE) | | None | | | Sold | 01/25/17 | K | | |
| 94. FIRST TRUST MORTGAGE INCOME (FMY) | A | Dividend | J | T | | | | | |
| 95. ISHARES MSCI JAPAN MIN VOL (JPMV) | A | Dividend | | | Sold | 10/11/17 | K | B | |
| 96. ISHARES MSCI USA MIN VOL ETF (USMV) | A | Dividend | K | T | | | | | |
| 97. ISHARES MORTGAGE REAL ESTATE (REM) | B | Dividend | K | T | | | | | |
| 98. VANGUARD SM CAP VAL ETF (VBR) | A | Dividend | K | T | Buy | 03/29/17 | J | | |
| 99. WISDOMTREE EUROPE HEDGED EQUITY (HEDJ) | A | Dividend | K | T | Buy (add'l) | 05/09/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. WISDOMTREE TRUST JAPN HEDGE EQ (DXJ) | A | Dividend | K | T | | | | | |
| 101. AIG FOCUSED DIV STRAT A (FDSAX) (FORMERLY SUNAMERICA NEW FOC DIV STRA) | D | Dividend | L | T | Sold (part) | 03/29/17 | J | A | |
| 102. | | | | | Buy (add'l) | 05/09/17 | J | | |
| 103. | | | | | Buy (add'l) | 07/06/17 | J | | |
| 104. | | | | | Sold (part) | 10/11/17 | J | A | |
| 105. COHEN & STEERS PREF SEC&INC I (CPXIX) | B | Dividend | K | T | Sold (part) | 03/29/17 | J | A | |
| 106. COLUMBIA SELECT LG CP GROWTH Z (UMLGX) | C | Dividend | K | T | Sold (part) | 10/11/17 | K | | |
| 107. DOUBLELINE SHILLER ENH CAPE (DSEEX) | C | Dividend | K | T | Buy (add'l) | 05/09/17 | J | | |
| 108. DOUBLELINE TOTAL RETURN (DBLTX) | C | Dividend | M | T | Buy (add'l) | 03/29/17 | K | | |
| 109. FIRST EAGLE GOLD (FEGIX) | | None | K | T | Buy (add'l) | 03/29/17 | J | | |
| 110. INVESCO DEV MKTS Y (GTDYX) | A | Dividend | K | T | Buy | 10/11/17 | K | | |
| 111. HENDERSON EUROPEAN FOCUS (HFEIX) | B | Dividend | K | T | | | | | |
| 112. MATTHEWS ASIAN JAPAN INV (MJFOX) | A | Dividend | K | T | Buy | 10/11/17 | K | | |
| 113. METROPOLITAN WEST TOT RET BD I (MWTIX) | B | Dividend | K | T | Sold (part) | 03/29/17 | K | | |
| 114. PIMCO INCOME (PONPX) | C | Dividend | L | T | Buy (add'l) | 03/29/17 | J | | |
| 115. PIMCO SHORT TERM P (PTSPX) | A | Dividend | | | Sold | 03/29/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 116. PRUDENTIAL TOT RET BD Z (PDBZX) | B | Dividend | L | T | Buy | 03/29/17 | L | | |
| 117. T ROWE PRICE MID CAP GR ADV (RPMGX) | B | Dividend | K | T | Buy (add'l) | 05/09/17 | J | | |
| 118. | | | | | Buy (add'l) | 10/11/17 | J | | |
| 119. T ROWE PRICE QM US SM CP GR EQ (PRDSX) | | None | K | T | Buy | 10/11/17 | K | | |
| 120. TOUCHSTONE SANDS CAP SEL GR Y (CFSIX) | D | Dividend | K | T | Sold (part) | 10/11/17 | K | | |
| 121. VANGUARD INFLAT PROT SEC FUND (VIPSX) | B | Dividend | J | T | Buy (add'l) | 03/29/17 | J | | |
| 122. | | | | | Sold (part) | 10/11/17 | K | | |
| 123. IRA #2 / JOHN HANCOCK VENTURE VAR. ANNUITY (H) | | | | | | | | | |
| 124. JOHN HANCOCK MGD VOL GROWTH PORTFOLIO | | None | N | T | | | | | |
| 125. IRA #3 (H) | | | | | | | | | |
| 126. MORGAN STANLEY BANK N.A. | A | Int./Div. | J | T | | | | | |
| 127. ACTIVE BEAR ETF (HDGE) | | None | | | Sold (part) | 03/29/17 | J | | |
| 128. | | | | | Buy (add'l) | 04/18/17 | J | | |
| 129. | | | | | Sold | 10/11/17 | J | | |
| 130. FIRST TRUST DORSEY WRIGHT FO (FV) | A | Dividend | | | Buy | 04/18/17 | J | | |
| 131. | | | | | Sold | 10/11/17 | J | A | |
| 132. FIRST TRUST MORTGAGE INCOME ETF (FMY) | A | Dividend | | | Buy (add'l) | 03/29/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 133. | | | | | Sold | 04/18/17 | J | A | |
| 134. ISHARES MSCI JAPAN MIN VOL (JPMV) | A | Dividend | | | Sold | 10/11/17 | J | A | |
| 135. ISHARES MSCI USA MIN VOL (USMV) | A | Dividend | J | T | Buy (add'l) | 04/18/17 | J | | |
| 136. | | | | | Sold (part) | 10/11/17 | J | A | |
| 137. ISHARES MORTGAGE REAL ESTATE (REM) | A | Int./Div. | J | T | Sold | 04/18/17 | J | A | |
| 138. | | | | | Buy | 10/11/17 | J | | |
| 139. VANGUARD SM CAP VALUE ETF (VBR) | A | Dividend | J | T | Buy | 03/29/17 | J | | |
| 140. | | | | | Sold | 04/18/17 | J | | |
| 141. | | | | | Buy | 10/11/17 | J | | |
| 142. WISDOMTREE EUROPE HEDGED EQUITY (HEDJ) | A | Int./Div. | J | T | Sold (part) | 04/18/17 | J | | |
| 143. | | | | | Buy (add'l) | 10/11/17 | J | | |
| 144. WISDOMTREE TRUST JAPN HEDGE (DXJ) | A | Int./Div. | J | T | Sold | 04/18/17 | J | A | |
| 145. | | | | | Buy | 10/11/17 | J | | |
| 146. AIG FOCUSED DIV STRAT A (FDSAX) (FORMERLY SUNAMERICA NEW FOC DIV STRA) | B | Dividend | J | T | Buy (add'l) | 04/18/17 | J | | |
| 147. | | | | | Sold (part) | 10/11/17 | J | A | |
| 148. COHEN & STEERS PREF SEC&INC I (CPXIX) | A | Dividend | J | T | Sold (part) | 03/29/17 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 149. | | | | | Buy (add'l) | 04/18/17 | J | | |
| 150. | | | | | Sold (part) | 10/11/17 | J | A | |
| 151. COLUMBIA SELECT LG CP GROWTH Z (UMLGX) | A | Dividend | J | T | Sold (part) | 04/18/17 | J | | |
| 152. | | | | | Sold (part) | 10/11/17 | J | | |
| 153. DOUBLELINESHILLER ENH CAPE (DSEEX) | A | Dividend | J | T | Buy (add'l) | 04/18/17 | J | | |
| 154. DOUBLELINE TOTAL RETURN I (DBLTX) | A | Dividend | K | T | Buy (add'l) | 03/29/17 | J | | |
| 155. | | | | | Buy (add'l) | 04/18/17 | J | | |
| 156. FIRST EAGLE GOLD (FEGIX) | | None | J | T | | | | | |
| 157. INVESCO DEVELOPING MKTS Y (GTDYX) | A | Dividend | J | T | Buy | 10/11/17 | J | | |
| 158. HENDERSON EUROPEAN FOCUS (HFEIX) | A | Dividend | J | T | Sold (part) | 04/18/17 | J | A | |
| 159. | | | | | Buy (add'l) | 10/11/17 | J | | |
| 160. MATTHEWS ASIAN JAPAN INV (MJFOX) | A | Dividend | J | T | Buy | 04/18/17 | J | | |
| 161. | | | | | Sold (part) | 10/11/17 | J | A | |
| 162. METROPOLITAN WEST TOT RET BD I (MWTIX) | A | Dividend | J | T | Sold (part) | 03/29/17 | J | | |
| 163. | | | | | Buy (add'l) | 04/18/17 | J | | |
| 164. | | | | | Sold (part) | 10/11/17 | J | | |
| 165. PIMCO INCOME (PONPX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 166. PRUDENTIAL TOT RET BD Z (PDBZX) | A | Dividend | J | T | Buy | 03/29/17 | J | | |
| 167. | | | | | Sold | 04/18/17 | J | A | |
| 168. | | | | | Buy | 10/11/17 | J | | |
| 169. PIMCO SHORT TERM P (PTSPX) | A | Dividend | | | Sold | 03/29/17 | J | A | |
| 170. | | | | | Buy | 04/18/17 | J | | |
| 171. | | | | | Sold | 10/11/17 | J | A | |
| 172. T ROWE PRICE MID CAP GR ADV (RPMGX) | A | Dividend | J | T | Buy (add'l) | 10/11/17 | J | | |
| 173. T ROWE PRICE QM US SM CP GR EQ (PRDSX) | | None | J | T | Buy | 10/11/17 | J | | |
| 174. TOUCHSTONE SANDS CAP SEL GR (CFSIX) | B | Dividend | J | T | Sold (part) | 10/11/17 | J | | |
| 175. VANGUARD INFLAT PROT SEC FUND (VIPSX) | A | Dividend | | | Sold | 04/18/17 | J | | |
| 176. IRA #4 (H) | | | | | | | | | |
| 177. MORGAN STANLEY BANK N.A. (Y) | | | | | | | | | |
| 178. ACTIVE BEAR ETF (HDGE) (Y) | | | | | | | | | |
| 179. FIRST TRUST MORTGAGE INCOME (FMY) (Y) | | | | | | | | | |
| 180. ISHARES MSCI JAPAN MIN VOL (JPMV) (Y) | | | | | | | | | |
| 181. ISHARES MSCI MIN VOL USA (USMV) | A | Dividend | J | T | | | | | |
| 182. ISHARES MORTGAGE REAL ESTATE (REM) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 183. WISDOMTREE EUROPE HEDGED EQUITY (HEDJ) | A | Dividend | J | T | | | | | |
| 184. WISDOMTREE TRUST JAPN HEDGE EQUIT (DXJ) (Y) | | | | | | | | | |
| 185. AIG FOCUSED DIV STRAT A (FDSAX) (FORMERLY SUNAMERICA NEW FOC DIV STRA) | A | Dividend | J | T | | | | | |
| 186. COHEN & STEERS PREF SEC & INC (CPXIX) (Y) | | | | | | | | | |
| 187. COLUMBIA SELECT LG CP GROWTH Z (UMLGX) | | None | J | T | | | | | |
| 188. DOUBLELINE SHILLER ENH CAPE (DSEEX) | A | Dividend | J | T | | | | | |
| 189. DOUBLELINE TOTAL RETURN I (DBLTX) | A | Dividend | J | T | | | | | |
| 190. FIRST EAGLE GOLD (FEGIX) (Y) | | | | | | | | | |
| 191. HENDERSON EUROPEAN FOCUS (HFEIX) | A | Dividend | J | T | | | | | |
| 192. METROPOLITAN WEST TOT RET BD I (MWTIX) | A | Dividend | J | T | | | | | |
| 193. PIMCO INCOME (PONPX) | A | Dividend | J | T | | | | | |
| 194. PIMCO SHORT TERM P (PTSPX) | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 195. PRUDENTIAL TOT RET BD Z (PDBZX) | A | Dividend | J | T | Buy | 03/29/17 | J | | |
| 196. T ROWE PRICE MID CAP GR ADV (RPMGX) (Y) | | | | | | | | | |
| 197. TOUCHSTONE SANDS CAP SEL GR (CFSIX) | A | Dividend | J | T | | | | | |
| 198. VANGUARD INFLAT PROT SEC (VIPSX) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 16 of 18

Name of Person Reporting

Hurwitz, Andrew

Date of Report

08/06/2018

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. 529 #1 (H) | A | Int./Div. | K | T | | | | | |
| 200. MORGAN STANLEY BANK N.A. (Y) | | | | | | | | | |
| 201. AMERICAN AMCAP 529A (CAFAX) | A | Dividend | J | T | | | | | |
| 202. AMERICAN MUTUAL 529A (CMLAX) | A | Dividend | J | T | | | | | |
| 203. 529 #2 (H) | A | Int./Div. | K | T | | | | | |
| 204. MORGAN STANLEY BANK N.A. (Y) | | | | | | | | | |
| 205. AMERICAN AMCAP 529A (CAFAX) | A | Dividend | J | T | | | | | |
| 206. AMERICAN MUTUAL 529A (CMLAX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hurwitz, Andrew** | 08/06/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 2: Formerly known as Real Estate Limited Partnership (Avondale Acres) Avondale, AZ

Part VII, lines 123-124: Formerly known as John Hancock Venture Annuity Lifestyle Moderate Fund.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew Hurwitz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544